REV. 08/12

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | | |
|---|---|---|
| **In the Matter of:** ) | | **Chapter 7** |
| **BRANDON SCOTT BAXLEY** ) | | **Case No.: 18-03406-5-DMW** |
|     **Debtor** ) | | |
| _____ ) | | |
| ) | | |
| **HOLMES P. HARDEN, Trustee of the** ) | | |
| **Estate of Brandon Scott Baxley,** ) | | |
| ) | | **Adversary Proceeding No.** |
|     **Plaintiff,** ) | | **20-00037-5-DMW** |
| ) | | |
| **v.** ) | | |
| ) | | |
| **COMMERCIAL HOLDINGS** ) | | |
| **CORPORATION, LLC; BAXLEY** ) | | |
| **CORPORATION, LLC; BAXLEY** ) | | |
| **LEASING, LLC; MARTHA** ) | | |
| **BAXLEY; and RUDOLPH BAXLEY,** ) | | |
| ) | | |
|     **Defendants.** ) | | |
| _____ ) | | |

## STATEMENT REGARDING EXHIBITS

Certain exhibits were submitted to the court during a hearing/trial conducted in this case on December 1, 2021.

The issues have been concluded and the court no longer needs to retain the exhibits.

■    I request return of the exhibits. I understand that the exhibits will be returned at my expense.

☐    I give permission for the court to destroy all exhibits.

This the 14th day of February, 2023.

                                                                   <u>s/George Mason Oliver</u>
                                                                    GEORGE MASON OLIVER
                                                                      N.C. State Bar #26587
                                                                      THE LAW OFFICES OF
                                                                      OLIVER & CHEEK, PLLC
                                                                      PO Box 1548
                                                                      New Bern, NC 28563
                                                                      252-633-1930
                                                                      252-633-1950 (fax)
                                                                      E-mail: george@olivercheek.com
                                                                      *Attorney for Debtors*

## **CERTIFICATE OF SERVICE**

I, George Mason Oliver, Post Office Box 1548, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 14th day of February, 2023, I served copies of the foregoing pleading on the parties listed below via CM/ECF.

I certify under penalty of perjury that the foregoing is true and correct.

This the 14th day of February, 2023.

s/George Mason Oliver
GEORGE MASON OLIVER
N.C. State Bar #26587
THE LAW OFFICES OF
OLIVER & CHEEK, PLLC
PO Box 1548
New Bern, NC 28563
252-633-1930
252-633-1950 (fax)
E-mail: george@olivercheek.com
*Attorney for Trustee*

TO:

Bankruptcy Administrator     (via CM/ECF)

Brandon Scott Baxley     (via U.S. Mail)
1211 Wake Forest Road
Raleigh, NC 27604-1350
*Debtor*